NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

BENIGNO CALVILLO DOC #H51507,    )
                                 )
        Appellant,               )
                                 )
v.                               )        Case No. 2D18-793
                                 )
STATE OF FLORIDA,                )
                                 )
        Appellee.                )
                                 )
_____)

Opinion filed March 22, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for Polk
County; Mark F. Carpanini, Judge.

Benigno Calvillo, pro se.

PER CURIAM.

                Affirmed.

KELLY, MORRIS, and BADALAMENTI, JJ., Concur.